# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                              **Case No. 6:09-cv-471-Orl-28KRS**

**JOHN C. MACHAFFIE,**

        **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 13) filed August 21, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 10, 2009 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application for Default Judgment is **GRANTED**.

3. The Court awards judgment in favor of the United States and against John C. McHaffie in the amount of $391,923.31, with additional interest accruing after July 22, 2009 until the date of payment as provided by law.

4. The Clerk is directed to enter judgment in accordance with this Order and to thereafter close this file.

DONE and ORDERED in Chambers, Orlando, Florida this ____ day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party